## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

**STERLING RENEVA RIVERS**          :          **CIVIL ACTION NO. 2:20-cv-1363**

**VERSUS**                          :          **JUDGE TERRY A. DOUGHTY**

**RODNEY MYERS, ET AL.**            :          **MAGISTRATE JUDGE KAY**


### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 51] previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss, or in the Alternative for Summary Judgment [Doc. No. 20] filed by Defendant, Associate Warden Dayn Stout is **GRANTED**, and this matter is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that all pending motions are **DENIED as moot.**

**THUS DONE AND SIGNED,** in Monroe, Louisiana this 27th day of April 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**